**FILED**

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

OCT 1 2019

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Criminal No.** _1:19-CC-61_ Keeley  A101 |
| **ELIJAH JEREMIAH SMITH,** | **Violations:** 18 U.S.C. § 111(a)(1) |
| **Defendant.** | 18 U.S.C. § 111(b) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Assault of a Correctional Officer Resulting in Bodily Injury)

On or about September 5, 2019, in Gilmer County, West Virginia, in the Northern District of West Virginia, the defendant, **ELIJAH JEREMIAH SMITH**, did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with B.G., an employee of the United States Department of Justice, Bureau of Prisons, while B.G. was engaged in the performance of his official duties as a correctional officer at the Federal Correctional Institution Gilmer, and such acts did involve physical contact with B.G. by the defendant, **ELIJAH JEREMIAH SMITH**, and inflicting bodily injury upon B.G.; in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM J. POWELL
UNITED STATES ATTORNEY

Brandon S. Flower
Assistant United States Attorney